IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JUNIUS L. WATKINS,** | ) | Civil Action No. 7:12cv00219 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **UNNAMED,** | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby

**ORDERED**

that Watkins' motion for an extension of time (Docket No. 2) shall be and hereby is **DENIED** and this action pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

Further, finding that Watkins has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and the accompanying memorandum opinion to the petitioner.

**ENTER**: This 22nd day of May, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE